RADOSLOVICH | PARKER | TURNER, PC
Frank M. Radoslovich SBN: 161457
Email: frank@rptlaw.com
Megan A. Shapiro SBN: 270445
Email: megan@rptlaw.com
Jeffrey S. Einsohn SBN: 260150
Email: jeffrey@rptlaw.com
701 University Avenue, Suite 100
Sacramento, CA 95825
Telephone: (916) 565-8161
Facsimile: (916) 565-8170

Attorneys for Plaintiff
BLAZONA CONCRETE CONSTRUCTION, INC.

FILED
JUN 2 8 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAZONA CONCRETE CONSTRUCTION, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN SAFETY INDEMNITY COMPANY, a Georgia Corporation; AMERICAN SAFETY CASUALTY INSURANCE COMPANY, a Georgia Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:16-CV-00216-JAM-CKD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREON**<br><br>Amended<br>Complaint Filed: November 5, 2015 |

1

**STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREON**

IT IS HEREBY STIPULATED, by and between Plaintiff BLAZONA CONCRETE CONSTRUCTION, INC., and Defendant TIG INSURANCE COMPANY, successor by merger to AMERICAN SAFETY INDEMNITY COMPANY, by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice, each side to bear their own attorney's fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1).

**IT IS HEREBY STIPULATED AND SO AGREED.**

Dated: April 21, 2017				RADOSLOVICH | PARKER | TURNER, PC

/s/ Megan A. Shapiro
MEGAN A. SHAPIRO
Attorney for Plaintiff Blazona Concrete Construction, Inc.

Dated: April 20, 2017				WOOLLS PEER DOLLINGER & SCHER
A Professional Corporation

/s/ Katy A. Nelson
JEFFREY A. DOLLINGER
KATY A. NELSON
Attorneys for Defendant TIG Insurance Company, successor by merger to American Safety Indemnity Company

## ORDER

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief in the above referenced matter, Case No. 2:16-CV-00216-JAM-CKD, are hereby dismissed with prejudice, each side to bear their own attorney's fees and costs.

**IT IS SO ORDERED**

DATED: June 28, 2017			By: _____
						THE HONORABLE JOHN A. MENDEZ
						United States District Court Judge